**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIK ENCARNACION, *on behalf of himself, FLSA Collective Plaintiffs and the Class*, <br><br>                                         Plaintiff, <br><br>                   -v- <br><br> SLOW LORIS CORP., <br>        d/b/a SLOW LORIS, <br> and TAE HYUN HAN, <br><br>                                         Defendants. | **Case No.**: 1:21-cv-05951(DG)(SJB) <br><br> **RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Slow Loris Corp., d/b/a Slow Loris and Tae Hyun Han (collectively, "Defendants"), having offered to allow Erik Encarnacion ("Plaintiff") to take a judgment against them, in the sum of Eight Thousand Dollars and No Cents ($8,000.00), inclusive of all of Plaintiff's claims for relief, damages, fees, costs and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated February 15, 2022 and filed as Exhibit A to Docket Number 11;

**WHEREAS**, on March 1, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 11);

It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiff Erik Encarnacion, in the sum of Eight Thousand Dollars and No Cents ($8,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated February 15, 2022 and filed as Exhibit A to Docket Number 11.

Dated: March 3, 2022
      Brooklyn, New York

BRENNA B. MAHONEY, Clerk of Court

by: ____*Jalitza Poveda*____
             Deputy Clerk